IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHARON E ADKINS,

    Plaintiff,

v.                                                            CASE NO. 1:07-cv-00209-MP-AK

MICHAEL J ASTRUE,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 32, Remand as to Notice of Appeal Filed by Sharon E Adkins, Doc. 24, USCA Appeal #09-13772-JJ. Based on the Commissioner's unopposed Motion to Remand, the Court of Appeals has remanded the case to this Court, and further instructed this Court to remand the matter to the Appeals Council for further proceedings pursuant to sentence four of 42 U.S.C.A. § 405(g). Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     This Court's previous order, Order Adopting Report and Recommendation, Doc. 20, is VACATED.

2.     This case is REMANDED to the Appeals Council for further proceedings pursuant to sentence four of 42 U.S.C.A. § 405(g).

3.     The Clerk is directed to close the file on this appeal.

**DONE AND ORDERED** this  *20th* day of November, 2009



                                                Maurice M. Paul, Senior District Judge